2015-0558 (La. 5/2/16).

**STATE EX REL. Brandon LAVERGNE**

v.

**STATE of Louisiana**

**NO. 2015-KH-0558**

Supreme Court of Louisiana.

May 2, 2016

Applying for Reconsideration of this Court's action dated March 14, 2016; Par-

ish of Evangeline, 13th Judicial District Court, Section A, No. 58521; to the Court of Appeal, Third Circuit, No. CW 14-01036;

Reconsideration denied.